IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Roselyn Wise, | ) | C/A No. 3:18-2161-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| South Carolina Department of Revenue; | ) | |
| Shukura Ellison; Jackie Rogers; Jonte | ) | |
| Colclough; Allison Corbitt, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff, who is represented by counsel, filed this employment case against her former employer and various co-workers.[1] She asserts a claim of retaliation in violation of the Family and Medical Leave Act ("FMLA"), 29 U.S.C. §§ 2601, et seq.[2] On September 9, 2019, the defendants filed a motion for summary judgment (ECF No. 50), as well as a motion for the court to take judicial notice of several records pursuant to Rule 201 of the Federal Rules of Evidence (ECF No. 51). As of the date of this order, the plaintiff has failed to respond to the defendants' motion for summary judgment in accordance with Local Civil Rule 7.06 (D.S.C.). As such, it appears to the court that she does not oppose this motion and wishes to abandon her remaining cause of action.

Based on the foregoing, it is

**ORDERED** that the plaintiff shall advise the court as to whether she wishes to continue with this case and to file a response to the defendants' motion for summary judgment within seven (7)

---

[1] The defendants removed this action from the Richland County Court of Common Pleas.

[2] Wise's state law claims of defamation and civil conspiracy were previously dismissed by the court on January 22, 2019. (ECF No. 35.)

days from the date of this order.  Plaintiff is further advised that if she fails to respond, this action

may be decided on the record presented in support of the defendants' motion, <u>see</u> Local Civil Rule

7.06 (D.S.C.), or may be recommended for dismissal with prejudice for failure to prosecute.  <u>See</u>

<u>Davis v. Williams</u>, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

     **IT IS SO ORDERED.**

September 24, 2019                              Paige J. Gossett
Columbia, South Carolina                  UNITED STATES MAGISTRATE JUDGE